docketed in this court, and that the petition for a review of decision of the United States Board of Tax Appeals, entered on May 21, 1933, be, and the same is hereby, dismissed.

J. Marvin Haynes, of Washington, D. C., and Thos. G. Haight, of Jersey City, N. J., for respondents.

PER CURIAM.

Decision of Board of Tax Appeals affirmed.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. COLUMBIA STEEL CORPORATION, a Corporation, Respondent.

No. 7175.

Circuit Court of Appeals, Ninth Circuit.

Dec. 11, 1933.

Sewall Key, Sp. Asst. to Atty. Gen., and Head, Tax Section, Dept. of Justice, Washington, D. C., for petitioner.

Walter S. Orr, A. C. Newlin, and J. D. Pratt White, all of New York City, for respondent.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner that this cause be dismissed because it is controlled by the decision of this court in San Joaquin Light & Power Corporation v. McLaughlin, 65 F.(2d) 677, and good cause therefor appearing, it is ordered that the petition to review herein be dismissed; mandate forthwith.

COMMISSIONER OF INTERNAL REVENUE v. ROSS.

SAME v. JANOTTA.

Nos. 5091, 5092.

Circuit Court of Appeals, Seventh Circuit.

Oct. 24, 1933.

Sewall Key, of Washington, D. C., for petitioner.

P. B. Kavanagh, of Washington, D. C., for respondent.

Before ALSCHULER, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the Decision of the United States Board of Tax Appeals, entered on May 8, 1933, be, and the same is hereby, dismissed.

COMMISSIONER OF INTERNAL REVENUE v. Mamie R. OAKMAN et al.

No. 6255.

Circuit Court of Appeals, Sixth Circuit.

June 30, 1933.

G. A. Youngquist, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

COMMISSIONER OF INTERNAL REVENUE v. WELLS BROTHERS CONSTRUCTION COMPANY.

No. 4512.

Circuit Court of Appeals, Seventh Circuit.

Oct. 10, 1933.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting, it is or-